IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ALFREDO TORRES,         ) | 1:07-CV-1144-LJO WMW HC |
| Petitioner,                   ) | ORDER DISREGARDING TRAVERSE FILED AUGUST 13, 2008 |
| vs.                           ) | |
| JAMES A. YATES,               ) | |
| Respondent.                   ) | |

   Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On August 13, 2008, Petitioner filed a traverse in this case. This case, however, was closed pursuant to an order of the court entered September 19, 2007, which directed the Clerk of the Court to re-file the petition from this case in 1:07-cv-328 LJO SMS HC. Accordingly, Petitioner's traverse filed August 13, 2008, will be

1  DISREGARDED by the court.

2  IT IS SO ORDERED.

3  Dated:   September 3, 2008                /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE